# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                              Case No. 3:19-CR-168

MALIK A. THOMAS

Defendant.

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE AND ADDING CONDITIONS OF SUPERVISION

On April 7, 2021, the Defendant appeared with Counsel for an Initial Revocation Hearing of his supervised release, a status that began on October 2, 2020. Defendant entered admissions to the violations as alleged by U.S. Probation in the petition filed February 2, 2021. The Court found the Defendant had violated the conditions of his supervised release. Without objection by the Government, the Court would choose not to revoke the Defendant's supervised release at this time adding the following special conditions:

1. The defendant shall participate in a residential rentry center for up to six (6) month at the direction of the probation officer. **The defendant shall remain in custody until a bed is secured at a residential reentry center.**

2. The defendant shall participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include testing, at the direction fo the probation officer. The defendant shall pay a co-payment for treatment service, not to exceed $25 per month, based on his ability to pay, as determined by the probation officer.

All other conditions of supervised release as previously ordered in this case, will remain in effect. At the conclusion of the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of the same.

IT IS SO ORDERED.

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT