# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

**Plaintiff,**

-vs-

**MALIK A. THOMAS,**

**Defendant.**

Case No. 3:19-CR-168

**Judge Thomas M. Rose**

---

### JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open court on December 1, 2022, the Defendant appeared with Counsel and entered admissions to the violations of a Petition (doc. 27) filed November 4, 2021. The Court accepted the admissions finding Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) month. The sentence will not be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated. He be incarcerated at a facility as close to the Knoxville, Tennessee area consistent with his security status.

The Defendant was explained his right of appeal and indicated an understanding of same. The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: December 1, 2022

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT